

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2018

No. 04-18-00700-CV

**IN RE STEPHEN PATRICK BLACK,**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. CV-15-1805
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:     Marialyn P. Barnard, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

      Stephen Patrick Black filed a petition for a writ of mandamus on September 27, 2018. We request responses from respondent and the real party in interest. We order any responses to the petition are due October 23, 2018 and must conform to Texas Rule of Appellate Procedure 52.4.

It is so ORDERED on this 2nd day of October, 2018.

PER CURIAM

ATTTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court